UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL G. ELLIS,<br><br>              Plaintiff,<br><br>    v.<br><br>STATE OF ARIZONA, *et al.*,<br><br>             Defendants. | Case No. C22-1480 JLR<br><br>ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 21st day of October, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1